No. 398. LOUISIANA POWER & LIGHT CO. *v.* CITY OF THIBODAUX. Certiorari, 358 U. S. 893, to the United States Court of Appeals for the Fifth Circuit. The motion of petitioner for leave to file reply brief to respondent's supplemental brief is granted. *J. Blanc Monroe, Monte M. Lemann, J. Raburn Monroe, Malcolm L. Monroe* and *Andrew P. Carter* for petitioner.

No. 604, Misc. RAMIREZ *v.* UNITED STATES ATTORNEY GENERAL. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General White* and *Harold H. Greene* for respondent.

No. 685, Misc. MORSE *v.* MOORE, CHIEF JUDGE; and
No. 763, Misc. SIMUNICH *v.* SUPREME COURT OF ILLINOIS ET AL. Motions for leave to file petitions for writs of mandamus denied. Petitioners *pro se. Solicitor General Rankin* for respondent in No. 685, Misc.

No. 770, Misc. AMERICAN OIL CO. *v.* UNITED STATES ET AL. Motion for leave to file petition for writ of mandamus or other relief denied. *Perry S. Patterson* and *Herbert J. Miller, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for respondents.

No. 769. PHILLIPS CHEMICAL CO. *v.* DUMAS INDEPENDENT SCHOOL DISTRICT. Appeal from the Supreme Court of Texas. Probable jurisdiction noted. The Solicitor General is invited to file a brief setting forth the views of the United States. *Clark M. Clifford, Carson M. Glass, Rayburn L. Foster, Harry D. Turner* and *C. J.*